**United States Bankruptcy Court**
**District of Puerto Rico**

IN RE:                                                                                              Case No. _____

**ROSADO MARTINEZ, RAFAEL J**_____    Chapter **13**_____
                                            Debtor(s)

## CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: **12/28/2012**                                        ☐ AMENDED PLAN DATED: _____
☑ PRE ☐ POST-CONFIRMATION                          Filed by: ☐ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

$ **375.00** x **12** = $ **4,500.00**
$ **450.00** x **12** = $ **5,400.00**
$ **550.00** x **36** = $ **19,800.00**
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____

TOTAL: $ **29,700.00**

Additional Payments:
$ _____ to be paid as a LUMP SUM within _____ with proceeds to come from:

☐ Sale of Property identified as follows:
_____
_____

☐ Other:
_____
_____

Periodic Payments to be made other than, and in addition to the above:
$ _____ x _____ = $ _____

PROPOSED BASE: $ **29,700.00**

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ **2,774.00**

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ____ $ _____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☑ Trustee pays secured ARREARS:
Cr. **SANTANDER MORT(**   Cr. _____   Cr. _____
# **8570009741453**   # _____   # _____
$ **21,200.00**   $ _____   $ _____
2. ☑ Trustee pays IN FULL Secured Claims:
Cr. **CRIM**   Cr. _____   Cr. _____
# **XXX-XX-0032**   # _____   # _____
$ **247.00**   $ _____   $ _____
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____   Cr. _____   Cr. _____
# _____   # _____   # _____
$ _____   $ _____   $ _____
4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder:
_____
5. ☐ Other:
_____
6. ☑ Debtor otherwise maintains regular payments directly to:
   **SANTANDER MORT(**
C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A:  ☐ Co-debtor Claims / ☐ Other: _____
                ☐ Paid 100% / ☐ Other: _____
Cr. _____   Cr. _____   Cr. _____
# _____   # _____   # _____
$ _____   $ _____   $ _____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: (*Executory contracts; payment of interest to unsecureds, etc.*)
**TRSUTEE TO PAY ATTORNEY FEES BEFORE ANY OTHER CREDITOR**

Signed: **/s/ RAFAEL J ROSADO MARTINEZ**
         Debtor

         _____
         Joint Debtor

Attorney for Debtor **Victor Thomas Santiago**_____    Phone: _____

CHAPTER 13 PAYMENT PLAN

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only